# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ROBERT D. MARTURANA & PAMELA J. MARTURANA          Case Number: 07-71335
733 BLAZING STAR TRAIL          SSN-xxx-xx-9978 & xxx-xx-5058
CARY, IL  60013

Case filed on:  5/31/2007
Plan Confirmed on:  10/24/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $9,868.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 016 | ATTORNEY JAMES M PHILBRICK | 500.00 | 500.00 | 500.00 | 0.00 |
|  | Total Administration | 500.00 | 500.00 | 500.00 | 0.00 |
| 000 | QUERREY & HARROW, LTD. | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
| 006 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ILLINOIS DEPARTMENT OF REVENUE | 1,755.88 | 1,755.88 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 294.62 | 294.62 | 0.00 | 0.00 |
| 009 | IRS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 2,050.50 | 2,050.50 | 0.00 | 0.00 |
| 999 | ROBERT D. MARTURANA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIMORTGAGE INC | 146,133.97 | 0.00 | 0.00 | 0.00 |
| 002 | CITIMORTGAGE INC | 8,705.75 | 158.95 | 158.95 | 290.20 |
| 003 | GMAC | 12,882.00 | 12,882.00 | 4,382.31 | 1,010.62 |
| 004 | VILLAGE BANK & TRUST | 16,709.94 | 16,709.00 | 305.06 | 557.00 |
| 005 | VILLAGE BANK & TRUST | 216,191.01 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 400,622.67 | 29,749.95 | 4,846.32 | 1,857.82 |
| 003 | GMAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ILLINOIS DEPARTMENT OF REVENUE | 297.71 | 297.71 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 82.89 | 82.89 | 0.00 | 0.00 |
| 010 | CINGULAR WIRELESS CHICAGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FOX VALLEY ANIMAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | OSTROW REISIN BERK & ABRAMS, LTD | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
| 013 | UNLIMITED TRUCKING INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | VILLAGE OF CARY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ALLIANCEONE RECEIVABLES MANAGEMENT INC | 100.34 | 100.34 | 0.00 | 0.00 |
|  | Total Unsecured | 2,680.94 | 2,680.94 | 0.00 | 0.00 |
|  | Grand Total: | 407,854.11 | 36,981.39 | 7,346.32 | 1,857.82 |

Total Paid Claimant:  $9,204.14
Trustee Allowance:  $663.86
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  08/28/2008          By  /s/Heather M. Fagan